Julian Przeczewski v. Joseph Bardsley and Others.— Motion granted, with ten dollars costs, unless appellants comply with terms stated in order.

Catherine Taylor v. Alexander S. Bacon.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of the City of New York (In the Matter of West 160th St.).— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.

Benjamin Steinman and Others v. Solomon K. Ford, Impleaded.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.

George M. Cohan and Others v. Eugene Walter and Others.    (2 cases.) — Motions denied, without costs.

Anna W. Ploger v. Anna W. Bright, as Executrix, etc.— Motion to dismiss appeal granted, with ten dollars costs.

William T. R. Price v. Equitable Trust Company of New York.— Motion dismissed, without costs.

Dunnelle Van Schaick v. Equitable Trust Company of New York.— Motion dismissed, without costs.

Leopold Bowsky v. Margaret Bowsky, as Administratrix, etc.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.

Ferdinand R. Minrath, as Substituted Trustee, etc., v. Edwin P. Shattuck, as Receiver, and Others, Impleaded with Dot W. Spier, Individually and as Executrix, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Minnie Long, as Administratrix, v. The City of New York.— Motion denied, with ten dollars costs..

The People of the State of New York v. Samuel M. Biddison.— Motion denied.

Annie M. Hunt v. Long Island Railroad Company.— Motion denied, with ten dollars costs.

J. Frederick Hoefle v. Annie Hallanan.— Motion denied, with ten dollars costs.

Roland M. Bickerstaff v. Frank L. Perley, Impleaded.— Motion denied, with ten dollars costs.

In the Matter of Louisa B. Schneider (In the Matter of East 157th St.).— Motion denied, with ten dollars costs.

Bernhard Vogel v. Jennie Nachemson, Impleaded, etc.— Motion denied, with ten dollars costs.

Edward Kerman v. Pennsylvania Steel Company.— Motion denied, with ten dollars costs.

Lorena R. Jones v. George H. Calvert and Others.— Motion denied, with ten dollars costs.

Augustus L. Hayes v. Jacob Marx, Impleaded, etc.— Motion denied, with ten dollars costs.

Welch Lumber Company v. Norfolk and Western Railway Company.— Motion granted.

Thomas Glendon v. Remington & Sherman Company.— Motion denied, with ten dollars costs.